[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-13519
Non-Argument Calendar

_____

D.C. Docket No. 8:18-cr-00027-VMC-AEP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDRES ZALAZAR GUZMAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 21, 2019)

Before WILLIAM PRYOR, JILL PRYOR and GRANT, Circuit Judges.

PER CURIAM:

Adam Labonte, appointed counsel for Andres Zalazar Guzman in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Guzman's conviction and sentence are **AFFIRMED**.